PACKARD MOTOR CAR COMPANY OF NEW YORK, Appellant, *v.* FERDINAND HAENLEIN et al., Respondents.

(Argued November 18, 1929; decided November 26, 1929.)

*Emmanuel Greenberg* for motion.
*Lowen E. Ginn* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.